'Federal Court'

'District Court of the united States for Middle Georgia'

RECEIVED
CLERK'S OFFICE
2014 JAN 15 PM 4:58
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

i: a man;                                              )
   prosecutor                                  )          Nature of case; claim
----------------------------------              )
WELLS FARGO BANK, N.A.:                   )          claim; trespass [Theft];
TIMOTHY J. SLOAN: A MAN               )
CHRISTINE M. KOVAN: A WOMAN     )          (verified)
JOHN DOES 1-5, A MAN  :                    )
   Wrongdoer(s)                                )

5:14-CV-023

i, require; a 'court of record' ; 'trial by jury':

claim: trespass

i, a man claim:

1. the said wrongdoer(s) trespass upon my property the theft of a note for the purchase of my property known as 4711 Greene Street Philadelphia, Pennsylvania zip code Exempt;

2. the said wrongdoers(s) are noticed to cease and desist attempting to administrate my property without express consent;

3. the trespass did and does harm and injury to my property;

4. i require wrong doer(s) to verify a claim or forever hold their peace;

5. the commencement of the wrong and harm began on march 8th, 2010;

6. the wrong and harm continues to this day, January 12th 2014;

7. i wish to be let alone;

8. in order to be let alone, i require; the immediate return of my property the note for the purchase of property 4711 Greene Street;

9. i require case(s) be dismissed (case #'s E.D. Pa. 2:11CV-2896, and MARCH TERM 2011 NO. 02724) be known to the world as void and expunged from the record;

10. I, require compensation for the initial and continual trespass upon my property;

11. Compensation due: dollar amount $488,533.80

i, say here, and will verify in open court, that all herein be true

_____
January 13, 2014

**5:14-CV-023**

The Proper Name and Postal Location of the Prosecutor

Jeffrey Allen; house of Pennington
Non domestic
c/o P.O. Box 171
Dry Branch, Georgia Zip Code Exempt

The Names and addresses for the wrong doer(s)

Wells Fargo Home Mortgage
3480 Stateview Blvd
Fort Mill Sc 29715

Stevens & Lee
Christine M. Kovan
620 Freedom Business Center Suite 200
King of Prussia, Pa. 19406

Wells Fargo Bank
ATT: CFO, Timothy J. Sloan
Corporate Offices Wells Fargo
420 Montgomery Street
San Francisco, CA 94104    United States

5:14-CV-023